[Cite as *Morgan v. Ohio Univ.*, 2011-Ohio-2752.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

LEEANNA M. MORGAN

      Plaintiff

      v.

OHIO UNIVERSITY

      Defendant

      Case No. 2010-11528-AD

Deputy Clerk Daniel R. Borchert

MEMORANDUM DECISION

## FINDINGS OF FACT

{¶ 1} Plaintiff, Leanna M. Morgan, filed this action against defendant, Ohio University (OU), requesting OU bear responsibility for damage to her 2006 Honda CRV which occurred on October 14, 2010 during the time the vehicle was parked at lot 111 on the West Green of the OU campus. Plaintiff explained the rear left window on her vehicle "was shattered" when the glass was struck with a baseball hit over the outfield wall of the OU baseball diamond. In her complaint, plaintiff requested damages in the amount of $228.86, the stated cost of a replacement window. The $25.00 filing fee was paid and plaintiff requested reimbursement of that cost along with her damage claim.

{¶ 2} Defendant filed an investigation report stating: "Ohio University does not contest this claim."

## CONCLUSIONS OF LAW

{¶ 3} Defendant is liable to plaintiff in the amount of $228.86, plus the $25.00 filing fee which may be reimbursed as compensable costs pursuant to R.C. 2335.19. See *Bailey v. Ohio Department of Rehabilitation and Correction* (1990), 62 Ohio Misc. 2d 19, 587 N.E. 2d 990.

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

LEANNA M. MORGAN

     Plaintiff

     v.

OHIO UNIVERSITY

     Defendant

     Case No. 2010-11528-AD

Deputy Clerk Daniel R. Borchert

## ENTRY OF ADMINISTRATIVE DETERMINATION

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $253.86, which includes the filing fee. Court costs are assessed against defendant.

                                  DANIEL R. BORCHERT
                                  Deputy Clerk

Entry cc:

Leanna M. Morgan           George T. Wendt, Risk Manager
57 W. Franklin Street         Ohio University
Nelsonville, Ohio  45764      160 Union Street

HDL Center 166H
Athens, Ohio 45701

RDK/laa
2/25
Filed 3/9/11
Sent to S.C. reporter 5/27/11